UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

HUMBERTO BARBOSA                               :

                                               :

              Plaintiff(s)                     :         **JUDGMENT**

       (vs)                                    :

                                                         Civil #08-00331   (RBK)

BAYSIDE STATE PRISON, ET AL.                   :

                                               :

              Defendant(s)

-------------------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court

having found on December 15, 2010 and no timely objection having been filed,

IT IS, on this 23rd day of February  2011

ORDERED that the report of Hon. John W. Bissell dated December 15, 2010

is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants

**Bayside State Prison, et al.** and against plaintiff **Humberto Barbosa**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.